968 A.2d 228

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jeffrey Alan EDE, Respondent.**

Supreme Court of Pennsylvania.

March 26, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2009, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court opinion is **VACATED,** and the case is **REMANDED** to reinstate the sentence of the trial court. *See Commonwealth v. Shiffler,* 583 Pa. 478, 879 A.2d 185, 196 (2005); *Commonwealth v. Dickerson,* 533 Pa. 294, 621 A.2d 990, 994 (1993).

Jurisdiction relinquished.

Justice SAYLOR files a Dissenting Statement.

Justice SAYLOR, Dissenting.

I respectfully dissent, as I believe that the circumstances presented are sufficiently distinct from those in *Commonwealth v. Shiffler,* 583 Pa. 478, 879 A.2d 185 (2005), and *Commonwealth v. Dickerson,* 533 Pa. 294, 621 A.2d 990 (1993), to suggest against summary treatment at the allocatur stage of the proceedings. Instead, I would allow the appeal only and resolve the matter upon full briefing.